IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV -2 PM 2: 37
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D MEMPHIS

| | |
|---|---|
| GONE TO THE BEACH, LLC, f/k/a INVESTIGATION TECHNOLOGIES, LLC, ) ) ) | |
| Plaintiff, ) | No. 05-2715 Ml An |
| v. ) ) | |
| CHOICEPOINT SERVICES, INC., and RAPSHEETS ACQUISITION CORPORATION, ) ) ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION OF DEFENDANTS FOR ENLARGEMENT OF TIME WITHIN WHICH TO MOVE, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

IT APPEARS to the Court, based on the Motion of Defendants for Enlargement of Time Within Which to Move, Plead, or Otherwise Respond to Complaint, the accompanying Memorandum, and the entire record in this cause, the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have an additional twenty-one (21) days, which shall be through November 7, 2005, to move, plead, or otherwise respond to the Complaint.

S. Thomas Anderson USMJ
U.S. DISTRICT JUDGE

Date: November 2, 2005

M MBM 908220 v1
0-0 10/20/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02715 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT