FILED BY _____ D.C.
05 NOV 16 PM 4: 12
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN

FILED ___
2005 NOV 15 PM 3: 40
CLERK, U.S. ___
W/D ___

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GONE TO THE BEACH, LLC, f/k/a INVESTIGATION TECHNOLOGIES, LLC, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 05-2715 Ml An |
| CHOICEPOINT SERVICES, INC., and RAPSHEETS ACQUISITION CORPORATION, | ) ) ) ) |
| Defendants. | ) ) ) |

MOTION GRANTED
[signature] JON PHIPPS ___
U.S. DISTRICT JU___
NOV. 16, 2005
DATE

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel of record, Marianne Bell Matthews, an attorney duly licensed to practice in the State of Tennessee, hereby moves for the admission *pro hac vice* of Ralph Levy as additional counsel of record for plaintiff in this cause.

This Motion is supported by the Affidavit of Ralph Levy. Attached to this Motion is a proposed order allowing the admission of Mr. Levy *pro hac vice* and permitting him to sign pleadings and personally appear before this Court.

Respectfully submitted,

[signature: Marianne Bell Matthews]
Marianne Bell Matthews (20631)
BAKER, DONELSON, BEARMAN,
CALDWELL, & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 577-8106

M JAW1 910531 v1
2900058-000004 11/14/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-17-05

## CERTIFICATE OF CONSULTATION

I, Marianne Bell Matthews, pursuant to Local Rule 7.2(a)(1)(B), do hereby certify that on November 15, 2005, I consulted with Plaintiff's counsel, John S. Golwen, on this Motion for Admission *Pro Hac Vice*, and Mr. Golwen had no opposition to this Motion.

*Marianne Bell Matthews*
Marianne Bell Matthews

## CERTIFICATE OF SERVICE

I, Marianne Bell Matthews, hereby certify that a true and correct copy of the foregoing has been served upon John S. Golwen, Bass, Berry & Sims, PLC, 100 Peabody Place, Suite 900, Memphis, Tennessee 38103-3672, via first class mail this 15th day of November, 2005.

*Marianne Bell Matthews*
Marianne Bell Matthews

M JAW1 910531 v1
2900058-000004  11/14/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02715 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Ralph B. Levy
LAW OFFICE OF RALPH B LEVY
191 Peachtree St
Ste 4100
Atlanta, GA 30303

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

James N Gorsline
LAW OFFICE OF JAMES N GORSLINE
191 Peachtree St
Ste 4100
Atlanta, GA 30303

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT