IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 13 PM 2: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ... PHIS

---

GONE TO THE BEACH, LLC,
f/k/a INVESTIGATION TECHNOLOGIES, LLC,

    Plaintiff,

v.                         Case No.: 05-2715 MI An

CHOICEPOINT SERVICES, INC., and
RAPSHEETS ACQUISITION
CORPORATION,

    Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT

---

Before the Court is the Unopposed Motion of Plaintiff, Gone To The Beach, LLC,

formally known as Investigation Technologies, LLC, ("Plaintiff"), for a seven-day extension of

the time period within which Plaintiff may respond to the Motion to Dismiss of Defendants,

ChoicePoint Services, Inc. and Rapsheets Acquisition Corporation (collectively "Defendants").

The Court hereby finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Plaintiff is granted

an additional seven (7) days within which to respond to the Motion to Dismiss of Defendants, up

to and including December 16, 2005.

IT IS SO ORDERED this _13_ day of __Dec.__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-14-05_



Prepared by:

*[signature: Kristen Wright]*

John S. Golwen (14324)
Kristen C. Wright (021771)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone: (901) 543-5900
Facsimile:  (901) 543-5999
*Attorneys for Plaintiff,*
*Gone To The Beach, LLC,*
*f/k/a Investigation Technologies, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served on the following via U.S. Mail and/or facsimile to the following named counsel this 9th day of December, 2005:

Sam B. Blair
Marianne Bell Matthews
165 Madison Avenue
2000 First Tennessee Building
Memphis, TN  38108

James N. Gorsline
Ralph Levy
Martha Henley
King & Spalding LLP
191 Peachtree Street, 49th Floor
Atlanta, Georgia 30303
(404) 572-5141 (Fax)

*[signature: Kristen Wright]*

5116653v.1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in
case 2:05-CV-02715 was distributed by fax, mail, or direct printing on
December 14, 2005 to the parties listed.

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Marianne Bell Matthews
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Ralph B. Levy
LAW OFFICE OF RALPH B LEVY
191 Peachtree St
Ste 4100
Atlanta, GA 30303

James N Gorsline
LAW OFFICE OF JAMES N GORSLINE
191 Peachtree St
Ste 4100
Atlanta, GA 30303

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sam B. Blair
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT